**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CRISTIAN A.J.,

                               Plaintiff,

           -against-                                    20 **CIVIL** 4895 (GRJ)

                                              <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                               Defendant.
------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 3, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

       March 3, 2022

                                      **RUBY J. KRAJICK**
                                       _____
                                         **Clerk of Court**
                     **BY:**           _K. Mango_
                                         _____
                                         **Deputy Clerk**